# In the United States Court of Federal Claims

No. 09-504L

(Filed March 17, 2010)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

HUNNESHAGEN FAMILY TRUST OF
JUNE 25, 1999, Individually, For Itself, and
As a Representative of a Class of Similarly
Situated Persons

    Plaintiff,

  v.

THE UNITED STATES,

    Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

___

## SCHEDULING ORDER
___

  In accordance with agreement of the parties, a Joint Proposed Schedule for the filing of dispositive motions on the issue of liability shall be filed on or before **Monday**, **May 24, 2010**.

            s/Mary Ellen Coster Williams
            **MARY ELLEN COSTER WILLIAMS**
            **Judge**